1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10   GILBERT OSUNA,                              Case No. 1:19-cv-00412-LJO-JDP

11              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS DENYING MOTION
12         v.                                    TO PROCEED IN FORMA PAUPERIS AND
                                                 REQUIRING PAYMENT OF FILING FEE IN
13   M. WADLE, *et al.*,                         FULL WITHIN TWENTY-ONE DAYS

14              Defendants.                      ECF No. 5

15

16

17         Plaintiff Gilbert Osuna is a state prisoner proceeding without counsel in this civil rights

18   action brought under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On April 15, 2019, the magistrate judge entered findings and recommendations,

21   recommending that plaintiff's application to proceed *in forma pauperis* be denied.  ECF No. 5.

22   Plaintiff filed timely objections on April 24, 2019.  ECF No. 6.  The objections do not, however,

23   provide legitimate grounds for rejecting the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and proper analysis.

27         Accordingly, IT IS ORDERED that:

28         1.  The findings and recommendations issued by the magistrate judge on April 15, 2019,

                                                 1

ECF No. 5, are adopted in full.

2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied.

3. If plaintiff fails to pay the $400 filing fee in full within twenty-one days of this order, all pending motions will be terminated, and this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**April 26, 2019**__        _____**/s/ Lawrence J. O'Neill**_____
                                         UNITED STATES CHIEF DISTRICT JUDGE