UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. WADLE, *et al.*,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00412-LJO-JDP<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |

　　　Plaintiff Gilbert Osuna is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 26, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the $400 filing fee in full within twenty-one (21) days. ECF No. 7. Plaintiff failed to pay the filing fee within the allotted time. Accordingly, the court hereby dismisses this case without prejudice and denies all pending motions as moot.

IT IS SO ORDERED.

　Dated:　**May 28, 2019**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1